# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-3737
_____

FLORENCE FERRIS,

Appellant,

v.

EVE ANGELINE BRADFORD,

Appellee.

_____


On appeal from the Circuit Court for Clay County.
Steven B. Whittington, Judge.

September 30, 2022


PER CURIAM.

AFFIRMED.

ROBERTS, OSTERHAUS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

W. Jason Odom, of Douglas Law Firm, St. Augustine, for Appellant.

Jessie L. Harrell, of The Harrell Firm, Jacksonville, for Appellee.